UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re: **Debtor(s):**
Frank James Johnson – See below for reported alias information. xxx–xx–3500
Angelique Marie Johnson – See below for reported alias information. xxx–xx–4047

Case No.: 14–41167 –A705

CHAPTER 7

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the Court orders that the application be:

☐ GRANTED, and all fees required to be paid by the debtor in this case are hereby waived.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED. The debtor shall pay the Chapter 7 filing fee according to the following terms:
 50% ($153.00) OF THE FILING FEE WITHIN 7 DAYS OF THE DATE OF THIS ORDER. (L.R. 1006(A))
$153.00 on or before 3/5/14
$51.00 on or before 4/25/14
$51.00 on or before 5/23/14
$51.00 on or before 6/23/14

☐ DENIED. The debtor shall pay the full chapter 7 filing fee of $306 within 7 days of the date of this order.

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL, OR TO TIMELY MAKE ANY INSTALLMENT PAYMENT, OR TO TIMELY PAY THE 50% OF THE FILING FEE DUE IF PAYING IN INSTALLMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE WITHOUT FURTHER NOTICE OR HEARING.

**BY THE COURT:**

*Charles Rendlen III*

**U.S. Bankruptcy Judge**

Dated: 2/26/14

**Reported Alias Information:**
Frank James Johnson –
Angelique Marie Johnson –
Rev. 12/11