RECEIVED + FILED
2014 APR 15 AM 11:17
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT

4/11/14
Case Number 14-41167

I'm requesting that my case (Case # 14-41167) be dismissed without prejudice. My paperwork was poorly prepared, alot of things were left out of the bankruptcy. The trustee noticed how bad my paperwork was prepared and recommended hiring an attorney. I would like to take her advice and hire one, but no attorney would take my case until it's dismissed or discharged. Please grant my request.

Thank You

[signatures]

314-413-7958
Frank

314-413-8548
Angelique