RECEIVED + FILED
2014 APR 15 AM 11: 17
CLERK. US BANKRUPTCY COURT
EASTERN DISTRICT

**DENIED**
Apr 15, 2014
*Charles E Rendlen III*
CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

4/11/14
Case Number 14-41167

I'm requesting that my case (case # 14-41167) be dismissed without prejudice. My paperwork was poorly prepared, a lot of things were left out of the bankruptcy. The trustee noticed how bad my paperwork was prepared and recommended hiring an attorney. I would like to take her advice and hire one, but no attorney would take my case until it's dismissed or discharged. Please grant my request.

Thank You

*[signatures]*

314-413-7958
Frank

314-413-8548
Angelique